12,444-13

# THE COURT OF APPEALS

Ex Parte
RONNIE RAY BROOKS
VS.
THE STATE OF TEXAS

CASE No. 2005-CR-7426
FROM the 290th District
BEXAR COUNTY, TEXAS

## PETITION FOR WRIT OF MANDAMUS

To the HONORABLE Judge of SAID COURT:

NOW COMES, RONNIE RAY BROOKS, hereinAFTER Known As the PETITIONER, IN the ABOVE STYLED And NUMBERED CAUSE, to REQUEST this HONORABLE COURT GRANT this PETITION FOR WRIT OF MANDAMUS, And WOULD IN SUPPORT thereof, Show

I

THAT the PETITIONER has ATTEMPTED to ExhAust All STATE REMEDIES by filing A PETITION FOR WRIT of HABEAS CORPUS ON the 10 daY of NovEmbER 2014, with the TRIAL COURT IS this CAUSE, that REGARDING the ILLEGAL detention OF the PETITIONER.

II

THAT EFFECTIVE this date NOVEMBER 10, 2014. NO ACTION has been taken ON the PETITIONER'S - PETITION FOR WRIT of HABEAS CORPUS. THE PETITIONER has filed timely REQUESTS FOR JUDICIAL REVIEW, but the TRIAL COURT IGNORE the PETITIONS. As demONSTRATED with Enclosure, this HONORABLE COURT WILL be Able to RECOGNIZE the INTENTIONAL disREGARD FOR INMATE Right demonstrated bY the TRIAL COURTS @ TRIAL COURTS OF BEXAR COUNTY, TEXAS.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 0 5 2015

Abel Acosta, Clerk

(1)

## III

THAT the Petitioner was Sentenced on the 29th day of September 2005 by the Honorable Judge of the 290th Judicial District Court of Bexar County, Texas to a term of (8) years in the Texas Department of Criminal Justice Institution Division, for the offense of ___Sexual Assault___, the Petitioner has Served the (8) years Sentence. See Article 42.18 Section 8 (A)(c) of the Texas Code of Criminal Procedure.

## IV

On December 17, 2014 at the Huntsville Unit, Huntsville Texas I received my Application Order back from my 1979-CR-1481-W2 case of Aggt. Rape of my Mother-In-Law. In the Judges Ruleing, Finding of Facts and Conclusions of Law. #(12) Incarcerated on violation of Civil-Commitment Cause #13-11-12284-CR, And A (15) year Sentence which is a Civil-Right-Violation of Due-Process of Double Jeopardy. The Double Jeopardy Clause of the United States Constitution Provides that no person shall be Subjected to twice haveing life or limb in Jeopardy for the Same offense. U.S. Const. Amend. V. This Clause Protects Against: (1) A Second Prosecution for the Same offense After Acquittal, (2) A Second Prosecution for the Same offense After Conviction, And (3) Multiple Punishments for the offense. United States V. Dixon 509 U.S. 688, 695-96 (1993) Ex Parte HERRON, 790 S.W. 2d. 623, 624 (TEX. Crim. APP. 1990).

## V

ON SEPTEMBER 10, 2013, I RONNIE RAY BROOKS WAS SENT to HARRIS COUNTY Jail for the OFFENSE OF (ASSAULT - BODILY-INJURY) which WAS A Class A MiSdEMEANOR, And I dONE 120 DAYS (HC) 5 DAYS CREdit SIGNED by the HONORAble Judge JEAN SPRADLING HUGHES CASE # 1917409O1010. County Jail CONFINEMENT (ON) CLERK. H. MARTINEZ.

## VI

ON APRIL 24, 2014 HONORAble Judge: MiKE SEiLER SENTENCED ME to (15) YEARS T.D.C.J. FOR the ViOlATiON OF CiVil CommiTment which is A ViOlATiON OF MY U.S. CONST. AMEND V. CAUSE # 13-11-12284-CR 435th Judicial District MONTGOMERY COUNTY, TEXAS

## VII

ON SEPT 29, 2005, I WAS ChARGED AND SENTENCED to (8) YEARS T.D.C.J. FOR the OFFENSE OF SEXUAL ASSAULT OF MY GiRLFRiEND. I KNOW that I WAS NOt AdMONiSh ON MY 1979-CR-1481 AND SINCE then the law has ChANGEd FROM back then, YOU didN't HAVE to do REGiSTRAtiON back then, NOW that IN MY 2005-CR-7426 (8) YEARS SEXUAL ASSAULT CASE, I WAS NOt AdMONiSh AND NEiTHER time I didN't KNOW to, I hAVE to REGiSTER AS A SEX OFFENDER. SEE: Ex PARtE KLiNE, 2003 WL 21024619 TEX. CRiM. APP. 2003). Ex PARtE VASQUEZ, 2009 WL 1900370 TEX. CRiM. APP. 2009). ANDERSON V. STATE, 182 S.W. 3d. 914 TEX. CRiM. APP 2006). EX PARtE Hisht, 2008 WL 366770 TEX. CRiM. APP 2008).

(3)

## VIII

APPLICANT IS ENTITLED to RELIEF based ON the facts of this CASE bECAUSE if the CHARGES PENDING AGAINST A dEFENDANT ARE WRONG IN SOME WAY, the COURT that ISSUED the ORDER will NOW RELEASE ON bAIL (OR) COMMITMENT MUST SEND A COPY of the ORDER to the Sheriff of the COUNTY IN which the Court IS located AND to the HEAD of the facility (OR) the PROVIDER Of the OutPatiEN TREATMENT PROGRAMS will discharge the defendant into the CARE Of the Sheriff for the TRANSPORTATION. TEX. CODE. CRIM. PROC. ANN. Art. 46-B b.118. TEXAS PRACTICE GuidE CRIMINAl PRACTICE AND PROCEDURE PS. b52 H. 1139.

### PRAYER

WHEREFORE, APPLICANT PRAYs the COURT GRANT this ORDER, RONNIE RAY BROOKS, bE dischARGEd FROM the illEGAl RESTRAINT IMPOSED by 290 th District Court.

### ORDER

ON this the ____ day OP _____ 2014 CAME to bE HEARD defendants Motion bE GRANTED.

GRANT _____    DENY _____

CC: _____

                    Judge Presidong

(4)

## INMATE DECLARATION

I Ronnie Ray Brooks, do hereby certify that a true and correct copy of the above and foregoing Defendants motion forward by United States Mail Postage.

Prosecutions and Judge of the 290th District Court San Antonio, Tx
78205

Ronnie Ray Brooks

1927669
12-19-2014
Huntsville - Unit
815 12th Street
Huntsville, Tx
77342

cc:

(5)